**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | |
| | Case No. 16-39010 |
| Tommie E. King, Jr. | |
| | Chapter 7 |
| Debtor. | Judge Hollis |

## APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby enters her appearance on behalf of Chicago Patrolmen's Federal Credit Union on the above captioned matter and requests all notices, pleadings, etc. be served in this case on Trunkett & Trunkett, P.C.

By: /s/ Caroline Hasten
Caroline Hasten, Attorney for
Chicago Patrolmen's Federal Credit Union

**TRUNKETT & TRUNKETT, P.C.**
20 N. Wacker Drive,
Suite 1434
Chicago, IL 60606
312.324.3101
Kerry Trunkett: 6188221
Caroline Hasten: 6316656